UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

**UNITED STATES OF AMERICA**

-vs-                                                                    Case No.  11-mj-0004-egb

**AUGUST BYRON KREIS III**

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  The following facts and circumstances require the defendant to be detained pending trial.

> The defendant makes no application for release at this time.  A motion for conditions of release and a detention hearing may be filed at a later date.

### DIRECTIONS REGARDING DETENTION

**AUGUST BYRON KREIS III** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **AUGUST BYRON KREIS III** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   June 9, 2011                                            s/ Edward G. Bryant
                                                                            EDWARD G. BRYANT
                                                                 UNITED STATES MAGISTRATE JUDGE