# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD                       JACKSON      (731) 421-9200
CLERK OF COURT                         FAX           (731) 421-9210

June 10, 2011

United States District Court Clerk
District of South Carolina

RE: Case #1:11-mj-0004-egb  <u>USA v. Kreis</u>

Dear Sir/Madam:

Our court recently conducted proceedings on the above-mentioned defendant, pursuant to an indictment originating in your district. Our proceedings are concluded. Enclosed you will find a copy of the file as well as a copy of the docket sheet. Please acknowledge receipt of this correspondence on the enclosed letter copy, and return it to our office. Thank you.

                               THOMAS M. GOULD, CLERK

                     By:     s/ Emily J. Strope
                            Case Manager to Magistrate Judge Edward G. Bryant